Kenneth M Thompson II
Name

330282
Prison Number

Anchorage Correctional Complex
Mailing address or place of confinement

Not Available
Telephone

RECEIVED

FEB 2 2 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Kenneth M Thompson II,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Rick Brossow,

_____,

_____,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:06-cv-00038-TMB
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

***NOTE***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below.

_____

_____

Claim 2: The following civil right has been violated: __Access to Courts__
(Right to medical care, access to courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

A lawsuit was filed in My name and Rick Brossuen changed his name to Cash it The year was ~~2000~~ 2001 or 2002 I Did not Know nor Do I Have Responsibility I was Imprisoned

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of __Kenneth M Thompson II__,
(print your name)
who presently resides at __Anchorage Correctional Complex__, were
(mailing address or place of confinement)
violated by the actions of the below named individual(s). The actions were directed against Plaintiff
at __Seward Spring Creek Correction__ on the following dates: __2001__,
(place where violation occurred)                                                                                (Claim 1)
__2002__ and _____.
(Claim 2)         (Claim 3)

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Rick Brosson__, is a citizen of
(name)
__Alaska__, and is employed as a __Inmate currently__.
(state)                                                                                (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.

✓ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____, is a citizen of
(name)
_____, and is employed as _____.
(state)                                                                                (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____, is a citizen of
(name)
_____, and is employed as a _____.
(state)                                                                                (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?
\_\_\_\_\_ Yes   ✓ No

If your answer is "Yes," describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on copies of this page, labeled "7A.")

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of court and case number: _____

c. The case was dismissed because it was found to be: _____ frivolous, _____ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d. Issues raised:_____

_____

e. Approximate date it was filed:_____

f. Approximate date of final decision:_____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of court and case number: _____

c. The case was dismissed because it was found to be: _____ frivolous, _____ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d. Issues raised:_____

_____

e. Approximate date it was filed:_____

f. Approximate date of final decision:_____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of court and case number: _____

c. The case was dismissed because it was found to be: _____ frivolous, _____ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d. Issues raised:_____
_____

e. Approximate date it was filed:_____

f. Approximate date of final decision:_____

**4. Are you in imminent danger of serious physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority:
_____
_____
_____
_____

**E. Exhaustion of Administrative Remedies**

***REMINDER***

**You must exhaust your administrative remedies before your claim can go forward.
THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.**

1. Present place of confinement:_____

2. Is there a grievance procedure at this institution? _____ Yes _____ No

3. Did you present the facts in your complaint for review through the grievance procedure?

_____ Yes _____ No

a. If your answer is "No," explain why not: _____

_____

_____

b. If your answer is "Yes," what steps did you take? _____

_____

_____

_____

c. Is the grievance procedure complete? _____ Yes _____ No

    If your answer is "Yes," **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION** for any grievance concerning facts relating to this case.

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction ordering defendant(s) _____

_____

_____

2. Damages in the amount of $ 2,100,000

3. Punitive damages in the amount of $ Same as above

4. Declaratory judgment: A settlement in my name that's Deserved

5. Other: that the man who filed for suit Give Back what was owed to the real Kenneth M Thompson II

Plaintiff demands a trial by _____ Jury __✓__ Court. (Choose one.)

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? ✓ Yes ____ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s): Kenneth h Thompson

Defendant(s): Doctor Stalman

b. Name and location of court: Has not Been to Court yet

c. Docket number: N/A

d. Name of judge to whom case was assigned: N/A

e. Disposition: ~~N/A~~ Case Dismissed
(For example, was the case dismissed, appealed or still pending?)

f. Issues Raised: Right to Say no to Medication

g. Approximate date case was filed: August

h. Approximate date of final decision: Case Dismissed

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_____
**Plaintiff's Original Signature**

Kenneth M Thompson 330282
Plaintiff's Full Name and Prisoner Number (if applicable)

1506 Dawson St
North Pole Alaska 99705
1506 Dawson 488-0238
Plaintiff's Address and Telephone Number

Executed at  Anchorage Correct. Complex  on  2-19-06
                        (Location)                                    (Date)

_____         _____
Original Signature of Attorney (if any)                             (Date)

_____
_____
Attorney's Address and Telephone Number