RECEIVED
FEB 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT ANCHORAGE

)
)
)
)
)
)
)
)
)
)
)
)
)
)          Case No. 3:06-CV-00038 TMB
)

AFFIDAVIT

I, __Kenneth M Thompson__ state upon affirmation that the following facts are true to the best of my knowledge:

On or around February 1st 2001 or 2002 a man known as Rick Brossow Filed a Suit in My name against the State He then Had Someone Sign an affadavit to CHange My name I Ken thompson Had My name used in this lawsuit from another State I was at Spring Creek prison When this Man Seen opportunity to get a Settle ment in My name

Page ___ of ___

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26