Kenneth M Thompson
(Name)

330282
Prisoner No.

ACCW
(Place of Confinement)

1300 W 4th
(Address)

Anchorage AK 99501
(City, State, Zip)

Telephone _____

FOR COURT USE ONLY

RECEIVED
FEB 22 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Kenneth M Thompson )
                    )
    Plaintiff       )    Case No. 3:06-CV-00038 TMB
                    )
         vs         )
                    )    APPLICATION TO WAIVE
Rick Brosson        )    FILING FEE
_____)    (Prisoner)
                    )
                    )
                    )
   Defendant(s)     )
_____)

I, Kenneth M Thompson declare that I am (check appropriate box)

☒ Plaintiff (filing civil rights complaint)    ☐ Movant (filing 28 U.S.C. § 2855 Motion)

☐ Petitioner (for writ of *habeas corpus*     ☐ Other _____
   under 28 U.S.C. § 2854)

I am unable to prepay the fees for this proceeding or give security because of my poverty and I am entitled to the relief I am requesting. I agree that if I am granted this application to waive the fee in this case, a portion of my recovery, as directed by the court will be paid to the Clerk of the Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I make the following statement under penalty of perjury.

USDC, ALASKA
PS10 (11/03)                    Page 1 of 6                    WAIVER OF FEE (PR)

1. I am presently incarcerated. [If not incarcerated, do not use this form]

   Place of incarceration __Anchorage Correctional Compsey West__

   IMPORTANT: HAVE THE DEPARTMENT OF CORRECTIONS FILL OUT THE CERTIFICATION AND CALCULATION PORTION OF THIS APPLICATION AND ATTACH A CERTIFIED COPY OF YOUR PRISON TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE PAST SIX MONTHS.

2. Are you presently employed? Yes ☐  No ☑

   a. If yes, what is your income? Gross _____ Net _____

      Weekly ☐ Bi-Weekly ☐ Semi-Monthly ☐ Monthly ☐ (Check One)

      Employer: __None__ (Name)

      Address _____ Telephone _____
      (Street, City, State)

      Nature of Employment __None__

      Length of employment __None__

   b. If no, date of last employment __None__

      Former Employer __None__ (Name)

      Address __None__ _____ Telephone _____
      (Street, City, State)

      What was your income? Gross _____ Net _____

      Weekly ☐ Bi-Weekly ☐ Semi-Monthly ☐ Monthly ☐ (Check One)

      Nature of Employment _____

      Length of employment _____

3. In the past 12 months have you received money from any of the following sources?

   a. Business, profession or self-employment  Yes ☐  No ☑

      If yes, state amount received _____

      Do you expect to receive any future income from this source? Yes ☐  No ☑

      If yes, state the amount you expect to receive _____

      When do you expect to receive it? _____

   b. Rental, interest or dividends (not PFD)   Yes ☐  No ☑

     If yes, state amount received _____

     Do you expect to receive any future income from this source?   Yes ☐  No ☑

     If yes, state the amount you expect to receive _____

     When do you expect to receive it? _____

   c. Pension, annuity or life insurance payments   Yes ☐  No ☑

     If yes, state amount received _____

     Do you expect to receive any future income from this source?   Yes ☐  No ☑

     If yes, state the amount you expect to receive _____

     When do you expect to receive it? _____

   d. SSI, Disability or worker's compensation   Yes ☐  No ☑

     If yes, state amount received _____

     Do you expect to receive any future income from this source?   Yes ☐  No ☑

     If yes, state the amount you expect to receive _____

     When do you expect to receive it? _____

   e. Gift or inheritance   Yes ☐  No ☑

     If yes, state amount received _____

     Do you expect to receive any future income from this source?   Yes ☐  No ☑

     If yes, state the amount you expect to receive _____

     When do you expect to receive it? _____

   f. Any other source   Yes ☐  No ☑

     If yes, state amount received _____

     Describe _____

     Do you expect to receive any future income from this source?   Yes ☐  No ☑

     If yes, state the amount you expect to receive _____

     When do you expect to receive it? _____

4.   State the amount of cash (coin and currency) you have _____

5.   Do you have a checking account?   Yes ☐  No ☑

      If yes, current balance _____ Account No. _____

      Bank: _____
             (Name and Branch)

      _____
             (Street, City, State)

6. Do you have an IRA, CD, savings or money market account? Yes ☐ No ☑

    If yes, current balance _____ Account No. _____

    Financial Institution: _____
               (Name and Branch)

    _____
             (Street, City, State)

7. Do you own an automobile or other motor vehicle? Yes ☐ No ☑

    a. Make: _____ Year _____ Model _____

    b. Current Value: _____

    c. Is it financed? Yes ☐ No ☑   Balance owed: _____

8. Do you own any real property? Yes ☐ No ☑

    a. If yes, describe _____

    _____

    b. Current Value _____

    c. Is it financed? Yes ☐ No ☑   Balance owed: _____

9. Do you own any stocks, bonds, securities, financial instruments? Yes ☐ No ☑

    a. If yes, describe _____

    _____

    b. Current Value _____

10. Do you own any other personal property other than clothing? Yes ☐ No ☑

    *(If yes list each asset or item of property and give the value of each)*

    a. _____ Value _____

    b. _____ Value _____

    c. _____ Value _____

    d. _____ Value _____

    e. _____ Value _____

11. Have you transferred, given away, or placed any property in the name of any other person during the past two years? Yes ☐ No ☑ (*If yes provide details*)

    a. Property _____

    b. Value _____ Transferred to _____

    c. Reason: _____

12. For each person who is dependent upon you for support provide the name, relationship, and and amount of support you provide.

    a. Name **I Have no Dependants** Relationship _____ Support: _____

    b. Name _____ Relationship _____ Support: _____

    c. Name _____ Relationship _____ Support: _____

### Declaration Under Penalty of Perjury

I hereby declare under penalty of perjury under the laws of the United States of America that the information is true and correct.

Dated: **2-19-06**

*[Signature]*
Signature of Applicant

### AUTHORIZATION

I, _____, request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

Dated: 2-19-06

_____
(Signature of Applicant)

Kenneth M Thompson
(Typed or Printed Committed Name of Applicant)           (Inmate Number)

### CERTIFICATION AND CALCULATION
(To be Completed by Department of Corrections/Bureau of Prisons)

I hereby certify that the applicant has the (available) sum of _____ on account to his/her credit at _____
(Name of Institution)

I certify that during the past six months, the average monthly **deposits** to the applicant's account were: _____

I further certify that during the past six months, the average monthly **balance** in the applicant's account was: _____

**Please attach certified copy of applicant's account statement showing transactions for past six months.**

Dated: _____

_____
(Signature of Authorized Officer)

_____
Title

_____
Agency