Offender #: 330282   USP #: 330282   THOMPSON, KENNETH M   Location: COOK INLET PRET   Cell: B01B

Alaska Department of Corrections
COOK INLET PRETRIAL

## STATEMENT OF ACCOUNT
### Offender Account Activity

RECEIVED
FEB 2 2 2006
3-06-CV-00038 TMB
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Statement Date: 08/01/2005   To: 02/20/2006

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 0.60

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 81.67 |
| 504845 | 08/04/2005 | Commissary Purchase; Invoice 232967 | 11.40 |  | 70.27 |
| 509296 | 08/10/2005 | MAIL LETTERS | 0.37 |  | 69.90 |
| 509604 | 08/11/2005 | Commissary Purchase; Invoice 234329 | 11.30 |  | 58.60 |
| 512055 | 08/18/2005 | Commissary Purchase; Invoice 235934 | 12.00 |  | 46.60 |
| 514304 | 08/25/2005 | Commissary Purchase; Invoice 237406 | 8.90 |  | 37.70 |
| 516768 | 09/01/2005 | Commissary Purchase; Invoice 238763 | 14.60 |  | 23.10 |
| 523669 | 09/15/2005 | Commissary Purchase; Invoice 241337 | 1.65 |  | 21.45 |
| 524268 | 09/16/2005 | 09/10/2005 125437 50 53 | 21.45 |  | 0.00 |
| 558686 | 12/07/2005 | Cash Receipt - DENALI ALASKAN |  | 50.00 | 50.00 |
| 560235 | 12/12/2005 | 09/10/2005 125437 50 53 | 2.55 |  | 47.45 |
| 560236 | 12/12/2005 | 10/02/2005 125566 51 | 4.00 |  | 43.45 |
| 561654 | 12/15/2005 | Commissary Purchase; Invoice 261345 | 15.75 |  | 27.70 |
| 561972 | 12/15/2005 | Cash Receipt - MCADOO, DON R |  | 100.00 | 127.70 |
| 562077 | 12/15/2005 | MAIL LETTERS | 0.37 |  | 127.33 |
| 564296 | 12/21/2005 | Commissary Purchase; Invoice 263046 | 17.75 |  | 109.58 |
| 566837 | 12/29/2005 | Commissary Purchase; Invoice 264689 | 19.30 |  | 90.28 |
| 569851 | 01/05/2006 | Commissary Purchase; Invoice 266218 | 18.65 |  | 71.63 |
| 573004 | 01/10/2006 | MAIL LETTERS | 0.39 |  | 71.24 |
| 574022 | 01/12/2006 | MAIL LETTERS | 0.39 |  | 70.85 |
| 575957 | 01/19/2006 | Commissary Purchase; Invoice 269753 | 5.40 |  | 65.45 |
| 577325 | 01/23/2006 | 01/07/2006 141560 51 | 4.00 |  | 61.45 |
| 578067 | 01/26/2006 | Commissary Purchase; Invoice 271388 | 23.55 |  | 37.90 |
| 580632 | 02/02/2006 | Commissary Purchase; Invoice 273055 | 13.70 |  | 24.20 |
| 580784 | 02/02/2006 | 01/26/2006 141453 51 | 4.00 |  | 20.20 |
| 585145 | 02/09/2006 | Commissary Purchase; Invoice 274604 | 13.30 |  | 6.90 |
| 587456 | 02/16/2006 | Commissary Purchase; Invoice 276188 | 6.30 |  | 0.60 |
|  |  | Ending Balance |  |  | 0.60 |

Account: FORCED SAVINGS
Account Balance: 90.48

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 90.48 |
|  |  | Ending Balance |  |  | 90.48 |

**MESSAGES:**

Offender #: 330282   USP #: 330282   THOMPSON, KENNETH M   Location: COOK INLET PRET   Cell: B01B