USDCA 40 (1/89)

RECEIVED
MAR 03 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

_Kenneth M Thompson, II_
  Plaintiff,

vs.

_Rick Brossow_
  Defendant

APPLICATION FOR APPOINTMENT OF COUNSEL

Case No. 3: 06-CV-00038 TMB

1. Name of applicant (print neatly): _Kenneth M Thompson II_

   Address: _Anchorage Correctional Complex_
   _1300 east 4th avenue_

   Phone Number: _____

2. Explain what your cause of action is against the opposing party.
   (Use additional paper if necessary.) _The Defendant filed a suit in my name and changed his name to mine to cause settlement is in Need of Facts Judgments to follow up_

3. Explain why you feel you need a lawyer in this case.
   (Use additional paper if necessary.) _I am finding that the forms are too hard for me to understand_

4. Explain what steps you have taken to find an attorney and with what results.
   (Use additional paper if necessary.) _None so far (this is the 1st_

5. If you need a lawyer who speaks a language other than English, please specify.
   _Not needed_

Continued to next page

Page II

Please read the following carefully:

I declare under the penalties of perjury that my answers to the foregoing questions are true and correct to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns either from me or elsewhere that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my Financial Affidavit are false, my case can be dismissed.

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Rules Governing Procedures for Appointment of Attorneys in Pro Se Civil Actions in the U.S. District Court. I understand that if the attorney appointed to my case should wish to be relieved of the appointment at any time, his or her Application for Relief will be a privileged Court document and will not be used in the litigation of this case.

I understand that making the application does not excuse me in a Social Security case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

I understand that if the Court appoints counsel to represent me in a Social Security Case, and I am successful, the assigned attorney has the statutory right to request that the Court award a fee of up to 25% of accrued Social Security or Supplemental Security Income benefits.

_2-28-06_  
Date

_[signature]_  
Signature

Application for Appointment of Counsel