UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KENNETH M. THOMPSON,

       Plaintiff,

v.

                         Case Number 3:06-cv-00038-TMB

RICK BROSSON,

       Defendant.             **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this action is DISMISSED with prejudice, and this constitutes a "strike" under 28 U.S.C. § 1915(g).

APPROVED:

/s/_____
TIMOTHY M. BURGESS
United States District Judge

                                                  Ida Romack
**March 7, 2006**                   Clerk of Court
Date

                                            Patricia Demeter
                                            (By) Deputy Clerk

[thompson judgment.wpd]{JMT.WPT*Rev.1/97}